

**FLORIDA JUSTICE INSTITUTE**

www.FloridaJusticeInstitute.org

3750 Miami Tower
100 S.E. Second Street
Miami, FL 33131
305.358.2081 • Fax 305.358.0910

Joshua A. Glickman • Attorney
Direct 786.342.6910
JGlickman@FloridaJusticeInstitute.org

November 22, 2011

**Sent Via Certified Mail/Return Receipt and Facsimile (850-922-2848)**

The Honorable Kenneth S. Tucker
Secretary, Florida Department of Corrections
501 South Calhoun Street
Tallahassee, FL 32399-2500

    Re:    George Michael Jenkins (DC# 110011)

Dear Mr. Secretary:

    Please consider this letter formal notification that there is potentially imminent litigation against the Florida Department of Corrections ("the Claim") regarding the above named inmate and that, in connection with such Claim, you may have in your possession, custody, or control recordings, documents, information, and electronically or digitally stored information relevant to the Claim. In addition, you and/or your agents and employees may have knowledge of facts relevant to the Claim.

    You are under a legal duty to preserve, retain and protect all possibly relevant evidence, including, but not limited to, <u>any and all video and audio recordings and photographs of George Michael Jenkins' cell and/or person taken on October 27, 2010, in addition to any and all documents regarding George Michael Jenkins, including any and all medical and mental health records, incident reports, use of force reports, institutional reports and/or investigations, and classification and/or inmate records</u> once litigation appears imminent or has commenced. The failure to preserve and retain the electronic data outlined in this notice constitutes spoliation of evidence and will subject you to legal claims for damages and/or evidentiary and monetary sanctions.

    For purposes of this notice, "electronic data" or "electronic evidence" shall include, but not be limited to, all text files (including word processing documents), presentation files (such as Power Point), spread sheets, e-mail files and information concerning e-mail files (including logs of e-mail history and usage header information, and deleted files), internet history files and preferences, graphical files in any format, databases, calendar and scheduling information, task lists, telephone logs, contact managers, incident reports, computer system activity logs, and all

{07044992;1}

EXHIBIT (A)

The Honorable Kenneth S. Tucker
November 22, 2011
Page 2

file fragments and backup files containing electronic data.

Specifically, you are instructed not to destroy, disable, erase, encrypt, alter, or otherwise make unavailable any evidence relevant to the Claim, and you are further instructed to take reasonable efforts to preserve such data. To meet this burden, you are instructed by way of example, and not limitation to:

- preserve all video and audio recordings (i.e., not erase or destroy any analog or digital recordings);

- preserve all data storage backup files (i.e., not overwrite any previously existing backups);

- preserve and retain all electronic data generated or received by employees who may have personal knowledge of the facts involved in the Claim;

- preserve the data contained on external drives and media attached thereto that are reasonably thought to have data related to the Claim;

- preserve and retain all electronic data in any format, media or location relating to the Claim, including data on USB drives, floppy disks, Zip disks, CD-ROMs, CD-RWs, tape, PDAs, cell phones, memory cards/sticks, or digital copiers;

- prevent employees from deleting or overwriting any electronic data related to the Claim; and

- take such other security measures, including but not limited to, restricting physical and electronic access to all electronically stored data directly or indirectly related to the Claim.

Please do not hesitate to contact me if you have any questions or concerns regarding the above. Thank you for your cooperation.

Sincerely,

Joshua A. Glickman, Esq.


cc:   Jeffery T. Beasley
      Inspector General, Florida Department of Corrections
      (850) 414-0953 (facsimile)

      Jennifer Parker, Esq.
      General Counsel, Florida Department of Corrections
      (850) 922-4355 (facsimile)

{07044992;1}