FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 DEC -4 AM 11:49

MIDDLE ... FLORIDA
JACKSONVILLE, FLORIDA

GEORGE MICHAEL JENKINS,

    Plaintiff,

v.                               Case No. 3:14-cv-1318-J-20MCR

KENNETH S. TUCKER, et al.,

    Defendants.

---

### ORDER

Plaintiff seeks the appointment of counsel (Doc. 7). In addressing Plaintiff's request for the appointment of counsel, the Court takes into consideration Plaintiff's serious health problems. Plaintiff is currently hospitalized at the Reception and Medical Center, suffering from seizures and other health issues. Plaintiff is confined to a wheelchair and unable to care for himself. Apparently, Plaintiff is currently incapacitated. The Court will also take into consideration the complication presented by the fact that Plaintiff is currently unable to prosecute this action due to his medical condition and his confinement in an prison infirmary.

In addition, the Court is convinced that there are sufficiently complex factual and legal issues involved in this litigation to appoint counsel for Plaintiff. Plaintiff is indigent, in a medical infirmary, and attempting to prosecute Eighth Amendment excessive use of force and medical claims which

may involve expert medical witness testimony. The Court finds that appointment of counsel is justified in this action, as there are exceptional circumstances so complex as to require the assistance of trained legal counsel.

Therefore, it is now

**ORDERED:**

1. Plaintiff's Motion for Appointment of Counsel (Doc. 7) is **GRANTED**.

2. This case is referred to the Jacksonville Division Civil Pro Bono Appointment Program so that the designated deputy clerk of the Court may seek counsel to represent Plaintiff.

3. Since the search for an attorney for Plaintiff may be a lengthy process, this case is **STAYED** until counsel is appointed. Upon counsel's filing a Notice of Appearance, the stay will be lifted, and the case will be reopened.

4. The **Clerk** shall administratively close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___3rd___ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

sa 12/3
c:
George Michael Jenkins