UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

COPY

GEORGE MICHAEL JENKINS,

          Plaintiff,

Case No. 3:14-cv-1318-J-20MCR

v.

KENNETH S. TUCKER, et. al.,

          Defendants.

_____

## SUMMONS IN A CIVIL ACTION

To:   Warden Kevin D. Jordan, in official capacity
      Union Correctional Institution
      Administration Building
      25636 NE SR-16
      Raiford, Florida 32083

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

          James Austin Galloway, Esq.
          Law Offices of Carol M. Galloway
          135 W. Adams St.
          Jacksonville, Florida 32202
          jamesaustingalloway@gmail.com



COPY

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 10/5/16

Signature of Clerk or Deputy Clerk